UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SKYE RUOZZI, individually and on behalf of others similarly situated,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

Case No. 1:24-cv-03783-VMS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Skye Ruozzi and Defendant Bank of America, N.A., stipulate that this lawsuit and all claims asserted by plaintiff against defendant in this matter are dismissed with prejudice. The parties will bear their own costs and attorneys' fees.

Dated: November 15, 2024

By: /s/Danielle Morris
Danielle Morris

**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
dmorris@omm.com

*Attorney for Defendant Bank of America, N.A.*

By: S/Michael J.S.Pontone
Michael J.S. Pontone

**THE LAW OFFICES OF MICHAEL J.S. PONTONE, ESQ. P.C.**
233 Broadway, Suite 2340
New York, NY 10279
Telephone: (212) 518-4093
michael@pontonelaw.com

*Attorney for Plaintiff Skye Ruozzi*

Dated: November 26, 2024

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 11/27/2024

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

1